Wilfred P. Coronato (WC-6200)
Bart A. Whitley (BW-3010)
HUGHES HUBBARD & REED LLP
A NEW YORK LIMITED LIABILITY PARTNERSHIP
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NEW JERSEY 07302-3910
Telephone: (201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAMMA MAHURON <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | Case No.: 07-cv-03118-MLC-TJB <br><br> **MERCK & CO., INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Merck & Co, Inc. ("Merck") files this Corporate Disclosure Statement and respectfully shows the Court as follows:

Merck certifies that it has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock.

Dated: July 11, 2007

HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
Attorneys for Defendant
Merck & Co., Inc.

By: __s/ Bart A. Whitley__
    Wilfred P. Coronato
    Bart A. Whitley

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Corporate Disclosure Statement was served this day by electronic filing via CM/ECF notification and by overnight mail in compliance with Rule 5 of the Federal Rules of Civil Procedure upon counsel for plaintiff, David Jacoby, Tracy A. Finken, Gregory S. Spizer, Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C., 1040 Kings Highway North, Cherry Hill, NJ 08034.

Dated: July 11, 2007      By: /s Bart A. Whitley
    Wilfred P. Coronato
    Bart A. Whitley