IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| TAMMA MAHURON, | ) | Case No.: 07-cv-03118-MLC-TJB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER STAYING** |
| v. | ) | **PROCEEDINGS PENDING** |
| | ) | **TRANSFER TO MDL** |
| MERCK & CO., INC., | ) | **NO. 1789** |
| Defendant. | ) | |

THIS MATTER having been brought before the Court on the motion of defendant to stay proceedings pending transfer to MDL No. 1789; and the Court having considered the submissions of the parties in support of and in opposition to the motion; and for good cause having been shown:

IT IS on this _____ day of _____, 2007,

ORDERED that defendant's Motion to Stay is GRANTED. This action is stayed pending a transfer decision from the Judicial Panel on Multidistrict Litigation.

_____
Honorable Mary L. Cooper, U.S.D.J.