# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAMMA MAHURON | : | |
| | : | No.: 07-CV-03118-MLC-TJB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC. | : | |
| Defendant. | : | |

## NOTICE OF PLAINTIFF'S MOTION TO REMAND

Plaintiff, Tamma Mahuron, by and through her undersigned counsel, provide Defendant, Merck & Co., Inc., (hereinafter, "Merck"), with notice of her Motion to Remand the above-captioned action to the Superior Court of New Jersey, Middlesex County.

The above-motion is returnable on Monday, September 4, 2007.

Respectfully submitted,

_____

**Anapol, Schwartz, Weiss, Cohan,
 Feldman & Smalley, P.C.**
DAVID JACOBY, ESQUIRE
TRACY A. FINKEN, ESQUIRE
GREGORY S. SPIZER, ESQUIRE
1040 Kings Highway North, Suite 304
Cherry Hill, NJ 08034
(856) 482-1600 (PH)
(856) 482-1911 (FX)
Attorneys for Plaintiffs

Dated: August 2, 2007