UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TAMMA MAHURON | : | |
| | : | No.: 07-CV-03118-MLC-TJB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC. | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____, day of _____, 2007, it is hereby ORDERED and DECREED that Plaintiff's Motion to Remand is GRANTED and the above-captioned action is remanded to the Superior Court of New Jersey, Middlesex County.

_____
J.