## **CERTIFICATE OF SERVICE**

I, GREGORY S. SPIZER, ESQUIRE, do hereby certify that, on this 2nd day of August, 2007, I electronically served a true and correct copy of the foregoing Plaintiff's Notice of Motion to Remand, Motion to Remand, supporting Memorandum with Exhibits, and proposed Order via the District Court of New Jersey's Electronic Case Filing system ("ECF") upon the following:

Wilfred P. Coronato
Bart A. Whitley
HUGHES HUBBARD & REED LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918

Attorneys for Defendant

_____

GREGORY S. SPIZER